No. 76–5720. GONZALES *v.* UNITED STATES. C. A. 7th Cir.. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 76–794. LOCAL UNION No. 639, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, IND. *v.* MARSHALL, SECRETARY OF LABOR, ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 76–874. OVERMYER *v.* LAWYERS TITLE INSURANCE CORP. Ct. Sp. App. Md. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 76–854. CARPENTERS PENSION TRUST FOR SOUTHERN CALIFORNIA *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE (COUGLER, REAL PARTY IN INTEREST). Ct. App. Cal., 4th App. Dist. Motion of respondent Ann S. Cougler for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 76–5717. PHIFER ET AL. *v.* NORTH CAROLINA. Sup. Ct. N. C. Death penalties having been vacated by the Supreme Court of North Carolina, certiorari denied.

No. 76–5645. BRECHT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE POWELL would grant certiorari.

No. 76–926. LAREDO NEWSPAPERS, INC. *v.* FOSTER. Sup. Ct. Tex. It appearing that there is no final judgment within the meaning of 28 U. S. C. § 1257, certiorari denied.